```
 1
 2
 3
 4
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9           FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  CARLOS PERFINO and JESS ZURANICH,  )
                                       )
12                Plaintiffs,          )    2:09-cv-00833-GEB-KJM
                                       )
13           v.                        )    ORDER VACATING HEARING
                                       )    SCHEDULED FOR MARCH 15,2010
14  STEVE HARDY, DIRECTOR; ELIZABETH   )    AND DISMISSING DEFENDANTS
    GAVIA; LORI AJAX; JUAN G. AYALA;   )    JUAN G. AYALA AND HERIBERTO
15  and HERIBERTO GARCIA,[1]           )    GARCIA
                                       )
16                Defendants.          )
                                       )
17
```

On February 26, 2010, an order issued requiring Defendants to respond to Plaintiffs assertion "that the State [D]efendants have changed their position on whether Section 62 applies to correctional officers."  Further, the order required Plaintiffs to explain "why [Defendant Juan G. Ayala ("Ayala"),]" one of two Defendants that have not been served with process in this action, should not be dismissed under Federal Rule of Civil Procedure 4(m).  Plaintiffs previously failed to explain why the other defendant should not be dismissed.

---

[1]  Hereinafter the caption shall be changed to reflect dismissal of Defendants Juan G. Ayala and Heriberto Garcia in this order.

1

Responses to the order have been filed which eliminate the need for a hearing on these issues. **Therefore, the hearing scheduled for March 15, 2010 is VACATED.**

Further, since Plaintiffs response includes their agreement "that [Defendants Ayala and Heriberto Garcia] "should be dismissed without prejudice," these Defendants are dismissed without prejudice.

IT IS SO ORDERED.

Dated:  March 12, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge