1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  CARLOS PERFINO and JESS ZURANICH,  )
                                        )
12                    Plaintiffs,       )     2:09-cv-00833-GEB-KJM
                                        )
13            v.                        )     ORDER VACATING HEARING
                                        )     SCHEDULED FOR MARCH 15,2010
14  STEVE HARDY, DIRECTOR; ELIZABETH    )     AND DISMISSING DEFENDANTS
    GAVIA; LORI AJAX; JUAN G. AYALA;    )     JUAN G. AYALA AND HERIBERTO
15  and HERIBERTO GARCIA,[1]            )     GARCIA
                                        )
16                    Defendants.       )
                                        )
17  ───────────────────────────────────

18            On February 26, 2010, an order issued requiring Defendants

19  to respond to Plaintiffs assertion "that the State [D]efendants have

20  changed their position on whether Section 62 applies to correctional

21  officers."  Further, the order required Plaintiffs to explain "why

22  [Defendant Juan G. Ayala ("Ayala"),]" one of two Defendants that have

23  not been served with process in this action, should not be dismissed

24  under Federal Rule of Civil Procedure 4(m).  Plaintiffs previously

25  failed to explain why the other defendant should not be dismissed.

26

27  ────────────────────

28            [1] Hereinafter the caption shall be changed to reflect dismissal of
    Defendants Juan G. Ayala and Heriberto Garcia in this order.

                                        1

Responses to the order have been filed which eliminate the need for a hearing on these issues. **Therefore, the hearing scheduled for March 15, 2010 is VACATED.**

Further, since Plaintiffs response includes their agreement "that [Defendants Ayala and Heriberto Garcia] "should be dismissed without prejudice," these Defendants are dismissed without prejudice.

IT IS SO ORDERED.

Dated:  March 12, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge